IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No. 04-cr-00331-WYD

UNITED STATES OF AMERICA,

 Plaintiff,

v.

1. MANUEL VILLALOBOS,

 Defendant.

---

**ORDER**

---

THIS MATTER is before the Court on Defendant's *pro se* filings entitled "Motion: For Reconsideration" and a letter regarding benefits (ECF Nos. 13 and 14.) Defendant seeks reconsideration of the Order of June 14, 2014, denying Defendant's Motion: for Legal Documentation" and "Motion/to Request Documentation".

As noted in the Order of July 2014, Defendant seeks legal documentation from the United States Probation Department in connection with a case originally pending in state court in the District Court of Arapahoe, Case No. 2012 CV 1967, which he states he has appealed. Defendant asserted in the motions addressed in that Order that he was ordered to go by the name of "Manuel L. Villalobos", but was seeking a name change to "Clemente L. Rodriguez". Defendant sought unspecified compliance orders in those motions.

I find that Defendant has not stated grounds for reconsideration of the June 14, 2014 Order. First, while he states in his motion for reconsideration that he is requesting verification in the form of "a legal letter from the court to confirm that Manual L Villalobos was in Compliance under Federal law" (Mot. for Reconsideration at 3), it is still unclear as to what exactly he requests, *i.e.*, what federal law he was in compliance with. Moreover, Defendant has stated no authority for obtaining this type of letter from the Court, and such a letter is not something issued by the Court. If Defendant wants to obtain a letter from his probation officer, this is something that should be addressed with the Probation Department.

Accordingly, it is

ORDERED that Defendant's *pro se* "Motion: for Reconsideration" (ECF No. 13) is **DENIED**.

Dated: February 5, 2016

                                                BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                Wiley Y. Daniel
                                                Senior United States District Judge